1  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   Jahmy S. Graham (SBN 300880)
2  jahmy.graham@nelsonmullins.com
   Michael E. Seager (SBN 354564)
3  michael.seager@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
4  Torrance, CA 90502
   Telephone:  424.221.7400
5  Facsimile:   424.221.7499

6  Benjamin J. Sitter (SBN 273394)
   ben.sitter@nelsonmullins.com
7  Six PPG Place, Suite 700
   Pittsburgh, PA 15222
8  Telephone: (412) 730-4050
   Facsimile:  (412) 567-9241
9
   Attorneys for Defendant
10 NFHS NETWORK, LLC

11
12         **UNITED STATES DISTRICT COURT**
13         **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

14 | STEVEN KASPER, on behalf of himself and all others similarly situated, | Case No.: 3:24-cv-04682-JD |

District Judge: Hon. James Donato

Plaintiff,

vs.

NFHS NETWORK, LLC, a Delaware Limited Liability Company,

Defendant.

**DEFENDANT NFHS NETWORK, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)**

Complaint Filed: June 20, 2024
FAC Filed: July 1, 2024
Removal Filed: August 1, 2024

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

 1) Plaintiff Steven Kasper

 2) Defendant NFHS Network, LLC

 3) NFHS Network Holdings, LLC

 4) 2080 Media, Inc. dba PlayOn! Sports

NFHS Network, LLC is a wholly owned subsidiary of 2080 Media, Inc. dba PlayOn! Sports. The following entities are beneficial owners of more than 10% of 2080 Media, Inc.'s common stock as of March 6, 2024:

 5) Fast Break Parent, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 8, 2024

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Jahmy S. Graham
  Jahmy S. Graham
  Benjamin J. Sitter
  Michael E. Seager

Attorneys for Defendant
NFHS NETWORK, LLC

---

1
DEFENDANT NFHS NETWORK, LLC'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS – 3:24-cv-04682-JD

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ Jahmy S. Graham
Jahmy S. Graham